# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Ismerio GARCIA-Ontivaro<br>a/k/a Agustin COTA-Covarrubio<br><br>*Defendant(s)* | Case No. 2:25-mj-372 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  06/19/2025  in the county of  Guernsey  in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a) (1) and (b)(1)(B)(ii) | Possession with intent to distribute cocaine |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

REBECCA L SHEA
Digitally signed by REBECCA L SHEA
Date: 2025.06.20 07:46:19 -04'00'

*Complainant's signature*

Rebecca Shea, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/20/2025

Chelsey M. Vascura
United States Magistrate Judge
*Printed name and title*

City and state: Columbus, Ohio