## **A F F I D A V I T**

I, Rebecca Shea, being duly sworn, do hereby depose and say:

1. Your affiant has been a Special Agent (SA) with Homeland Security Investigations (HSI) since 2009.  As an HSI Special Agent, your affiant completed the Federal Criminal Investigator Training Program (CITP) and the HSI Academy training, your affiant was instructed in all phases of criminal investigations such as: Criminal Law, Search and Seizure, Investigative Techniques, Firearm Proficiency, and Evidence Handling. Your affiant has led and participated in numerous investigations of crimes involving drug smuggling, firearms trafficking, immigration, and other violations.

2. Your affiant has been the case agent on multiple contraband smuggling investigations to include firearms trafficking and narcotics smuggling. Your affiant has been the affiant of federal Title III wire taps and the case agent on several Organized Crime and Drug Enforcement Task Force (OCDETF) cases. Your affiant is experienced with conducting surveillance, serving as the control agent for confidential sources, and investigating violations of the Immigration and Nationality Act (INA).

3. This affidavit is being submitted for the purpose of establishing probable cause that

    a. Cristian MELENDEZ also known as (a/k/a) Yobani PERAZA Reyes, a/k/a Eric MONTES DE OCA-Melendrez a/k/a Eric MELENDREZ a/k/a Eric MONTES a/k/a Luis Alberto MENDIVIL-Valenzuela (hereinafter referred to as MELENDEZ), and

    b. Ismerio GARCIA-Ontivaro a/k/a Agustin COTA-Covarrubio (hereinafter referred to as GARCIA-Ontivara)

1

have violated 21 U.S.C. §§ 841 (a) (1) and (b)(1)(B)(ii) possession with intent to possess and distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

4. The information in this affidavit is based on my personal knowledge, information provided by other law enforcement officers and individuals, and the reports and memoranda of other law enforcement officers. The information in this affidavit is provided for the limited of establishing probable cause in connection with this application for a criminal complaint and an arrest warrant. This affidavit does not include all the information gathered during this investigation. The following information is based on my personal knowledge, the knowledge of other agents and officers, as well as investigations conducted by other law enforcement entities.

## PROBABLE CAUSE DRUG TRAFFICKING

5. On May 31, 2025, Homeland Security Investigations (HSI) Columbus was notified of a white 2013 Honda Accord (VIN #1HGCR2F81DA182692) displaying Arizona registration HVA150 being transported on a commercial car hauler, destined for Columbus, Ohio. The vehicle had been searched by law enforcement and discovered to contain what appeared to be a hidden after-market compartment located near the exhaust pipe. Investigators discovered the access for the compartment to be inside the center console which contained a trap door near the gears. The hidden compartment did not contain any contraband. The compartment ran the length of the vehicle from the dashboard to the rear seats.

6. On June 2, 2025, investigators applied for a tracking warrant for the white Honda Accord, and it was issued by the Honorable U.S. Magistrate Judge Chelsey M. Vascura for the Southern District of Ohio. On this same day, the GPS tracker was deployed on the vehicle and delivered to the recipient as indicated on the bill of lading.

7. On or about June 10, 2025, investigators were conducting surveillance on the 2013 white Honda Accord and observed that the registration of the vehicle had been changed to Ohio registration KRF8984.

8. A search of the Ohio Bureau of Motor Vehicles revealed that on or about June 4, 2025, the vehicle had been titled and issued the aforementioned Ohio registration. The registered owner of the vehicle is listed as Luis Alberto MENDIVIL-Valenzuela.

9. On or about June 19, 2025, investigators received notification from the GPS tracking device that the vehicle was traveling east bound on Interstate 70 and notified the Ohio State Highway Patrol (OSP) of the vehicle's direction of travel.

10. OSP Trooper Shawn Milburn observed a white 2013 Honda Accord displaying Ohio registration KRF8984 traveling east bound on Interstate 70 in Guernsey County, Ohio. Trooper Milburn initiated a traffic stop at mile marker 175 on the vehicle for a window tint violation. The vehicle was occupied by two (2) Hispanic males who provided the Trooper with fraudulent Mexican Driver's Licenses. The passenger of the vehicle's fake ID bore the name Luis Alberto MENDIVIL-Valenzuela.

11. Troopers deployed Airia, a certified narcotics K9, to conduct an open-air sniff on the vehicle. The K9 indicated a positive alert for the presence of narcotics.

12. During the subsequent search of the vehicle, Troopers located an aftermarket compartment along the exhaust tunnel accessed through a trapdoor in the center console of the vehicle. The aftermarket compartment contained three (3) bricks of a white powdery substance that field tested positive for the presence of cocaine. The three (3) bricks had a total approximate weight of 3,633.00 grams.

13. The occupants of the vehicle were transported to OSP Guernsey County-Cambridge Patrol Post and OSP contacted Homeland Security Investigations (HSI) for further identification of the subjects.

14. HSI Special Agents responded and results from biometric queries identified the driver as MELENDEZ and the passenger as GARCIA-Ontivaro—both Mexican nationals with prior orders of removal and without documents allowing them to be lawfully present in the United States.

15. Based on the foregoing facts, there is probable cause to believe that on or about June 19, 2025, in the Southern District of Ohio, MELENDEZ and GARCIA-Ontivaro, knowingly or intentionally, manufactured, distributed, or dispensed or possessed with intent to manufacture, distribute or dispense a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841 (a) (1) and (b)(1)(B)(ii).

REBECCA L SHEA
Digitally signed by REBECCA L SHEA
Date: 2025.06.20 07:43:09 -04'00'

Rebecca Shea
Special Agent – HSI

Subscribed and sworn to before me on this 20th day of June, 2025.

HON. CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE